UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 19, 2018    **Time:** 10:02 – 12:14    **Judge:** MAXINE M. CHESNEY
= 2 hours 12 minutes

**Case No.**: 18-cr-00196-MMC-1    **Case Name:** UNITED STATES v. Renato Libric (in custody)

**Attorney for Plaintiff:** Matthew McCarthy
**Attorney for Defendant:** Randolph Daar and Josh Thayer

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Belle Ball
**Probation Officer:** Aakash Raju

## PROCEEDINGS

**Sentencing – held.**

**Victim representative(s) Natalie Lim and Michael Gayan addressed the Court.**

**Sentence imposed: 36 months in custody; 3 years supervised release; Special assessment $100. (See judgment for all additional conditions).**