UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RENATO LIBRIC,<br><br>    Defendant. | CASE NO. CR 18-0196 MMC<br><br>[~~PROPOSED~~] ORDER OF FORFEITURE |

Having considered the application for an Order of Forfeiture filed by the United States and the plea agreement entered on September 5, 2018, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that, a money judgment in the amount of $1,500,000 shall be entered against defendant as the amount of illegal proceeds obtained directly or indirectly from the commission of the offense of conviction, and thus forfeitable to the United States pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(C), and Title 28, United States Code, Section 2461(c);

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

[PROPOSED] ORDER OF FORFEITURE
CR 18-0196 MMC                     1

IT IS FURTHER ORDERED that, the United States, through its appropriate agency, to seize the forfeited property forthwith;

IT IS FURTHER ORDERED that, the court maintain jurisdiction to enforce the Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule 32.2(e); and

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Criminal Rules of Procedure, this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this  2nd   day of  January, 2019.  ~~, 2018.~~

*Maxine M. Chesney*
HONORABLE MAXINE M. CHESNEY
Senior United States District Judge

[PROPOSED] ORDER OF FORFEITURE
CR 18-0196 MMC                    2